Ann Schofield Baker (AS - 6832)
McKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
(212) 402-9404
*Attorneys for Plaintiff Michael Kors (USA), Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KORS (USA), INC. D/B/A MICHAEL KORS, <br><br> Plaintiff, <br><br> vs. <br><br> OATT COLLECTION, INC., <br><br> Defendant. | 10 Civ. 9080 (DLC) <br><br> **NOTICE OF DISMISSAL** |

Plaintiff Michael Kors (USA), Inc. D/B/A Michael Kors ("Michael Kors" or "Plaintiff") and defendant Oatt Collection, Inc. ("Oat Collection" or "Defendant") have resolved the dispute as set forth in the Complaint. Accordingly, pursuant to F.R.C.P. 41(a)(1)(A), Michael Kors (USA) LLC respectfully withdraws the Complaint and asks that the case be closed.

Dated: February 21, 2011
       New York, New York

McKOOL SMITH P.C.

By: _/s/ Ann Schofield Baker_
Ann Schofield Baker (AS-6832)
One Bryant Park, 47th Floor
New York, New York 10036
Tel: (212) 402-9453
Fax: (212) 402-9444
*Attorneys for Plaintiff Michael Kors (USA) Inc.*

SO ORDERED:

_____
Hon. Denise L. Cote